1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  DANA R. WAGNER (CSBN 209099)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3709
7
   Attorneys for the United States
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | UNITED STATES OF AMERICA        ) No. CR 05-00130 DLJ
                                     )
13 |    v.                           )
                                     )
14 | WILBERT WILLIAMS,               )
                                     )
15 |        Defendants.              )
                                     )
16 |_____  )
                                     )
   | UNITED STATES OF AMERICA,       ) No. CR 05-00131 DLJ
17 |                                 )
   |    v.                           )
18 |                                 ) JOINT MOTION AND [~~PROPOSED~~]
   | KENNETH ALLEN and               ) ORDER TO MODIFY TRIAL DATE
19 | WILBERT WILLIAMS,               ) AND EXCLUDE TIME
                                     )
20 |        Defendants.              )
                                     )
21 |_____  )
                                     )
   | UNITED STATES OF AMERICA,       ) No. CR 05-00132 DLJ
22 |                                 )
   |    v.                           )
23 |                                 )
   | WILBERT WILLIAMS,               )
24 |                                 )
   |        Defendants.              )
25 |_____  )

26     On June 10, 2005, the Court set trial in the above-captioned matters to begin on
27 Monday, August 22, 2005, at 9:00 a.m. Shortly thereafter, counsel for the United States
28 became aware of a scheduling conflict with that date. Counsel for the United States

Mot. and [Proposed] Order to Modify Trial Date

1  therefore respectfully requests that the beginning date for the trial be moved one day, to
2  Tuesday, August 23, 2005, to ensure continuity of counsel. The United States has
3  consulted with counsel for both defendants, and both of them consent to and join this
4  request. The parties all anticipate that, even with this modification in the trial date, the
5  trial will still be completed before the end of the week. The parties do not request any
6  changes in the pre-trial motions and conference schedule already set.
7      Because the requested modification of the trial date is to provide for continuity of
8  counsel, the parties jointly submit that the one-day period between August 22, 2005, and
9  August 23, 2005, should be excluded from the calculation of time under the Speedy Trial
10 Act. See 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by excluding that
11 time period outweigh the best interests of the public and the defendants in a speedy trial,
12 in accordance with Title 18, Section 3161(h)(8)(A).

15 DATED: June 14, 2005                    Respectfully submitted,

16                                         KEVIN V. RYAN
                                           United States Attorney
17

18                                         /s/ Dana Wagner

19                                         DANA R. WAGNER
                                           Assistant United States Attorney
20

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Mot. and [Proposed] Order to Modify Trial Date        2

1  For the reasons set forth above, the Court finds that the trial date for the above-
2  captioned matters should be moved from August 22, 2005, to August 23, 2005. Also for
3  the reasons set forth above, the Court finds and holds that the ends of justice served by
4  excluding the intervening time outweigh the best interests of the public and the Defendant
5  in the rights set forth under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(A). IT IS
6  THEREFORE ORDERED that the trial date shall be moved to August 23, 2005, at 9:00
7  a.m., and that the time from August 22, 2005, to August 23, 2005, shall be excluded for
8  the purposes of computing time within the Speedy Trial Act.

10 IT IS SO ORDERED:

11 Dated: June 15, 2005

12 _____
   D. LOWELL JENSEN
   United States District Judge