FILED

NOV 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  DANA R. WAGNER (CSBN 209099)
   Assistant United States Attorney
5
6       1301 Clay Street, Suite 340S
        Oakland, CA, 94612
        Telephone: (510) 637-3709
7       Telefax:   (510) 637-3724

8  Attorneys for the United States

9
           UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA
11
                  OAKLAND DIVISION
12

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA | No. CR 05-00130 DLJ |
| 14 | v. | |
| 15 | WILBERT WILLIAMS, | |
| 16 | Defendant. | |
| 17 | | |
| 18 | UNITED STATES OF AMERICA, | No. CR 05-00131 DLJ |
| 19 | v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| 20 | KENNETH ALLEN and WILBERT WILLIAMS, | |
| 21 | Defendants. | Oakland Venue |
| 22 | | |
| 23 | UNITED STATES OF AMERICA, | No. CR 05-00132 DLJ |
| 24 | v. | |
| 25 | WILBERT WILLIAMS, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | // | |

Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before the Court for status or trial setting on October 28, 2005. Recently, however, counsel for all parties have agreed in principle to plea agreements that will resolve the outstanding charges in the captioned cases. Thus, rather than proceed with a status or trial setting appearance, the parties respectfully request that these matters be calendared for changes of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel for the United States will secure the required approval for the proposed plea agreements, and defense counsel will consult with their respective clients and review the terms of the proposed agreements with them. The parties agree that this time period is necessary to provide the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree, and hereby stipulate, that the ends of justice are served by the Court excluding this portion of time from the calculation of time under the Speedy Trial Act. The ends of justice served by excluding that time period outweigh the best interests of the public and the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

SO STIPULATED:

Dated: 10/31/05

DANA R. WAGNER
Assistant United States Attorney

Dated: _____

ROBERT WAGGENER
Attorney for Defendant Wilbert Williams

Dated: _____

RICHARD A. TAMOR
Attorney for Defendant Kenneth Allen

1 | Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before
2 | the Court for status or trial setting on October 28, 2005. Recently, however, counsel for
3 | all parties have agreed in principle to plea agreements that will resolve the outstanding
4 | charges in the captioned cases. Thus, rather than proceed with a status or trial setting
5 | appearance, the parties respectfully request that these matters be calendared for changes
6 | of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel
7 | for the United States will secure the required approval for the proposed plea agreements,
8 | and defense counsel will consult with their respective clients and review the terms of the
9 | proposed agreements with them. The parties agree that this time period is necessary to
10 | provide the defense the reasonable time necessary for effective preparation, taking into
11 | account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties
12 | also agree, and hereby stipulate, that the ends of justice are served by the Court excluding
13 | this portion of time from the calculation of time under the Speedy Trial Act. The ends of
14 | justice served by excluding that time period outweigh the best interests of the public and
15 | the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

17 | SO STIPULATED:

19 | Dated:_____

20 | DANA R. WAGNER
Assistant United States Attorney

22 | Dated:_____

23 | ROBERT WAGGENER
Attorney for Defendant Wilbert Williams

26 | Dated: 10/28/05                        /s/ Richard Tamor
27 |                                        RICHARD A. TAMOR
                                            Attorney for Defendant Kenneth Allen

28 | For the reasons set forth above, the appearance for these related cases scheduled

2

Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before the Court for status or trial setting on October 28, 2005. Recently, however, counsel for all parties have agreed in principle to plea agreements that will resolve the outstanding charges in the captioned cases. Thus, rather than proceed with a status or trial setting appearance, the parties respectfully request that these matters be calendared for changes of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel for the United States will secure the required approval for the proposed plea agreements, and defense counsel will consult with their respective clients and review the terms of the proposed agreements with them. The parties agree that this time period is necessary to provide the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree, and hereby stipulate, that the ends of justice are served by the Court excluding this portion of time from the calculation of time under the Speedy Trial Act. The ends of justice served by excluding that time period outweigh the best interests of the public and the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

SO STIPULATED:

Dated: _____

DANA R. WAGNER
Assistant United States Attorney

Dated: 10/31/05

ROBERT WAGGENER
Attorney for Defendant Wilbert Williams

Dated: _____

RICHARD A. TAMOR
Attorney for Defendant Kenneth Allen

2

1  For the reasons set forth above, the appearance for these related cases scheduled
2  for October 28, 2005, is hereby VACATED, and the cases shall be calendared for
3  changes on plea on November 8, 2005, at 10:00 a.m. Furthermore, for the reasons set
4  forth above, the Court finds and holds that the ends of justice served by excluding the
5  time from October 28, 2005, to November 8, 2005, outweigh the best interests of the
6  public and the Defendants in the rights set forth under the Speedy Trial Act. See 18
7  U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from October 28,
8  2005, to November 8, 2005, shall be excluded for the purposes of computing time within
9  the Speedy Trial Act.
10 IT IS SO ORDERED:

13 Dated: 11-1-05

D. LOWELL JENSEN
United States District Judge