# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



**FILED**
NOV 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00132-1 DLJ |
| Wilbert Williams ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __January 6, 2006__ be continued until __February 3, 2006__ at __10:00 am__.

Date: 11-23-05

D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04